UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - X

RAHEEM WILLIAMS

          PLAINTIFF

V.

THE CITY OF NEW YORK, DT.
KOREY NOAK #944852
ALL ETC.

          DEFENDANTS

- - - - - - - - - - - - - - X

42 U.S. CODE
§ 1983

17-CV-5676 (KBF)
Rule 15. AMENDED
AND SUPPLEMENTAL
PLEADINGS COMPLAINT
PRO-SE PLAINTIFF

PARTIES TO SAID LAWSUIT

1. THE CITY OF NEW YORK
2. DT. KOREY NOAK #944852

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-12-18

STATEMENT OF CLAIM
- - - - - - - - - - - -

ON 6\16\16, APPROXIMATELY 6:45AM AT THE LOCATION OF 970 KELLY AVE #APT 1D BRONX NEW YORK, THE DEFENDANTS ENTERED THE PREMISES OF MICHEAL SHEILDS, DRAWING THEY WEAPONS AND DEMANDED THAT THE PLAINTIFF GET DOWN ON THE FLOOR OUT OF THE BED IN THE LIVING ROOM AREA OF THE APARTMENT.

THE PLAINTIFF WAS NUDE AT THE TIME WHEREFORE, THE PLAINTIFF WAS ALLOWED TO CLOTH HIMSELF BEFORE THE PLAINTIFF WAS SEARCHED AND CUFFED. THE PLAINTIFF INFORMED THE DEFENDANTS POLICE OFFICERS THAT THIS IS NOT HIS PLACE OF RESIDENCE AND MAY HE BE RELEASED DUE TO THE FACT THAT AT THE TIME, PLAINTIFF WAS ENROLLED IN A FELONY OFFENDER PROGRAM CALL THE OSBORNE ASSOCIATION, LOCATED AT 809 WESTCHER AVE BRONX, NEW YORK 10455. BY THE PLAINTIFF NOT BEING ABLE TO ATTEND THE PROGRAM FOR (2) DAYS, THE PLAINTIFF WAS TERMINATED BECAUSE OF THE ARREST PROCESS WHICH LEAD TO THE PLAINTIFF BEING ARRAIGNED. THE PLAINTIFF RIGHTS WAS VIOLATED.

THE PLAINTIFF DON'T LIVE ON THOSE PREMISES. THE PLAINTIFF'S NAME IS NOT ON THE LEASE, AND THE PLAINTIFF DO NOT RECEIVE ANY MAIL AT THAT ADDRESS. THE PLAINTIFF WAS COMPELLED TO BE SEARCHED NUDE AND CUFFED WITH NO CLOTHS ON. AT THAT TIME, PLAINTIFF WAS UNABLE TO TAKE HIS SLEEPING MEDICATION FOR HIS MENTAL HEALTH ISSUES.

THESE DEFENDANTS VIOLATED THE PLAINTIFFS CONSTUTIONAL RIGHTS. THE COURT CAN EASY SEE THE DEFENDANTS INITIATED THE ARREST. THAN TERMINATED THE ARREST. WHICH GIVES THAT LACK OF PROBABLE CAUSE AND THEY INTENT TO CAUSE THE PLAINTIFF THIS HARM BECAUSE OF THEY ACTIONS WHICH WAS DONE WITH MALICE.

ALL (4) FOUR ELEMENTS OF MALICIOUS PROSECUTION.

(3)

A LOCAL GOVERNMENT IS SAID TO HAVE AN UNCONSTITUTIONAL POLICY WHEN IT FAILS TO TRAIN ITS EMPLOYERS AND THE FAILURE AMOUNTS TO DELIBERATE INDIFFERENCE. THESE DEFENDANTS FAILURE TO BE TRAIN WILL AND HAS LITERALLY RESULTED IN A WRONG DECISION TOWARDS THE PLAINTIFF.

A SUPERVISOR CAN ONLY BE LAIBIABLE IF HE DIRECTLY PARTICIPATES IN CAUSING THE HARM. NO EVIDENCE EXISET WITHIN THE CRIMINAL RECORD OR WITHIN THE WARRANT THAT WILL ALLOW THE PLAINTIFF TO BE CONVICTED BY A TRIAL JURY.

WHEREFORE, THE PLAINTIFF WAS DEPRIVED OF HIS RIGHTS SECURED BY THE UNITED STATES CONSTITUTION.

(4)

THIS ABUSE OF PROCESS WAS NOT JUSTIFIED BY THE UNDERLYING LEGAL ACTION. THE DEFENDANTS WAS ACTING UNDER THE COLOR OF STATE LAW WHEN THEY VIOLATED THE PLAINTIFFS RIGHTS AND THE PLAINTIFF BELIEVES THAT HE SHOULD RECIEVE PUNITIVE AND COMPENSATIONAL DAMAGES IN THE AMOUNT OF $1,000,000.00 DALLORS.

I WOULD LIKE TO THANK YOU IN ADVANCE FOR YOUR TIME AND CONSIDERATION CONCERNING THE ABOVE MATTER.

SINCERLY YOURS

*Rahseem Williams*
RAHSEEM WILLIAMS
PLAINTIFF PRO-SE

AFFIDAVIT OF SERVICE

I RAHJEEM WILLIAMS, BEING DULY SWORN SAID AND DEPOSED THAT THE STATEMENTS AND INFORMATION STATED IN THE 1983 AMENDED COMPLAINT IS IN FACT TRUE AND I HAVE SENT A VIA MAIL THROUGH THE NEW YORK MAIL SERVICE THAT ALL STATEMENTS WERE SENT TO THE FOLLOW PARTIES LISTED BELOW..

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
U.S COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

MEGAN CONGER
ASSISTANT CORPORATION COUNSEL
THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007


DT. KOREY NOAK #944852
NARCOTICS BOROUGH BRONX
500 ABBOTT STREET
BRONX, NEW YORK 10703


STATE OF NEW YORK
COUNTY OF <u>BRONX</u>

ON THE <u>9</u> DAY OF <u>April</u>, 2018, BEFORE ME PERSONALLY CAME AND APPEARED RAHJEEM WILLIAMS, TO ME KNOWN TO ME TO BE THE INDIVIDUAL DESCRIBED IN AND WHO EXCUTED THE FOREGOING INSTRUMENT, AND WHO DULY ACKNOWLEDGED TO ME THAT HE EXCUTED THE SAME

_____
NOTARY PUBLIC

LILLIAN LOPEZ
Notary Public, State of New York
No. 01LO5034258
Qualified in New York County
Commission Expires Oct. 11, 2018

CRIMINAL COURT OF THE CITY OF NEW YORK  
COUNTY OF BRONX

CERTIFICATE OF DISPOSITION  
NUMBER: 177765

THE PEOPLE OF THE STATE OF NEW YORK  
VS

WILLIAMS, RAHAEEM  
Defendant

08/18/1975  
Date of Birth

970 KELLY STREET  
Address

7021379R  
NYSID Number

BRONX          NY  
City           State  Zip

06/16/2016  
Date of Arrest/Issue

Docket Number: 2016BX026413

Summons No:

PL 220.03 00 AM,  
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|---|---|---|---|
| 05/30/2017 | DISMISSED AND SEALED | PEREZ, B | AP4 |

**DISMISSED**   **SEALED**

pursuant to Section 160.50 of the CPL

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

TURNBULL, V  
COURT OFFICIAL SIGNATURE AND SEAL

07/18/2017  
DATE          FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

RAHJEEM WILLIAMS
PLAINTIFF PRO-SE
1408 WEBSTER AVE APT #4B
BRONX, NEW YORK 10456

HONORABLE KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET.
NEW YORK, NY 10007

"NOTICE"
TO
COURT

RE: WILLIAMS V. CITY OF NEW YORK ET AL.
17 CIV. 05676 (KBF)

YOUR HONOR:

THE PLAINTIFF HAS COMPLYED WITH THE ORDER OF THE COURT DATED APRIL 2, 2018 THAT PLAINTIFF FORWARD A AMENDED COMPLAINT BY APRIL 13, 2018.

RAHJEEM WILLIAMS
1408 WEBSTER AVE APT #4B
BRONX, NEWYORK 10456

Pro Se / MG

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEWYORK
THE DANIEL PATRICK MOYNIHAN UNITED STATES COURT HOUSE
U.S COURT HOUSE - 500 PEARL STREET
NEWYORK, NY 10007

RECEIVED
2018 APR 12 PM 3:20
CLERK'S OFFICE
S.D.N.Y.